**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-17-658 |
| | § § § § | |
| JUAN CARLOS REA SOTELLO | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 29). The motion for continuance is GRANTED. The sentencing hearing is reset to **May 17, 2018 at 9:00 a.m.** Objections to the presentence report are due by May 7, 2018.

SIGNED on April 17, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge